UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-CV-80208-ROSENBERG/BRANNON

ERIC ROGERS,

    Plaintiff,

v.

SHANTI OM SPA LLC *et al.*,

    Defendants.

_____/

### ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 31]. The Court has carefully considered Plaintiff's Unopposed Motion, and the parties' Consent Decree attached thereto, and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 31] is **GRANTED**.

2. The Court hereby **APPROVES** the parties' Consent Decree. Defendants PS SHANTI OM SPA, INC. and PINEAPPLE GROVE PROMENADE, LLC are hereby **DISMISSED WITH PREJUDICE**.

3. The Court retains jurisdiction to enforce the Consent Decree.

4. Each party shall bear its own attorney's fees and costs except as detailed in the parties' Consent Decree.

2

**5.** The Clerk of Court is instructed to **CLOSE THIS CASE**. All pending motions are denied as moot, all deadlines are terminated, and all hearings are cancelled.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida this <u>8th</u> day of June, 2016.

*[signature]*

Copies furnished to:  
Counsel of Record

ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE